IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
            vs.                      )        CRIMINAL NO. 24-CR-30141-DWD
                                     )
JAHMEZZE C. HOLMAN,                  )
                                     )
                    Defendant.       )

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

On March 25, 2026, this Court entered order of forfeiture (Doc.34) against defendant

Jahmezze C. Holman, for the following property which had been seized from the defendant:

a) **Romarm/Cugir, model Micro Draco, 7.62mm pistol, serial#23 PMD-51754;**
b) **Glock, model 20, 10mm caliber pistol, serial# CAKD552;**
c) **Any and all magazines and ammunition seized.**

The order further provided that the government would provide an opportunity for persons

to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government

website, www.forfeiture.gov, for 30 consecutive days beginning March 27, 2026, and ending April

25, 2026, and that no third party filed a petition within 30 days after the last date of the publication

to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no

third-party petitions were filed and that the United States of America has clear title

to the above-described property that is the subject of the order of forfeiture (Doc.34) filed on March

25, 2026, namely:

1

a) **Romarm/Cugir, model Micro Draco, 7.62mm pistol, serial#23 PMD-51754;**
b) **Glock, model 20, 10mm caliber pistol, serial# CAKD552;**
c) **Any and all magazines and ammunition seized.**

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms

and Explosives shall dispose of the property according to law.

**DATE: August 6, 2026**

Judge Dugan
Digitally signed
by Judge Dugan
Date: 2026.08.06
07:36:15 -05'00'

**DAVID W. DUGAN**
**United States District Court Judge**

2